

September 21, 2018

Heather J. Austin
215.606.3904 (direct)
Heather.Austin@wilsonelser.com

**ECF**

Clerk of Court
United States District Court
for the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Sun Life Assurance Company of Canada v. Brown, et al.
United States District Court for the District of New Jersey
Civil Action No.: 2:18-cv-04955-CCC-MF
File No: 11224.00314

Dear Sir or Madame:

Kindly withdraw, without prejudice, Sun Life's Motion for Default Judgment as to James T. Brown (Dkt. No. 14), which was filed in error by this office on September 18, 2018. Thank you.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Heather J. Austin

cc: James T. Brown (*via* U.S. Mail)
Laurence E. Karosen, Esquire (*via* ECF)

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: September 24, 2018

The Clerk shall administratively terminate ECF No. 14.

Two Commerce Square, 2001 Market Street, Suite 3100 • Philadelphia, PA 19103 • p 215.627.6900 • f 215.627.2665

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

1272394v.1